**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

JOHN F. M.,

Plaintiff,

v. Civ. No. 26-50 GBW

FRANK BISIGNANO,
*Commissioner of the Social Security Administration*,

Defendant.

**ORDER GRANTING UNOPPOSED MOTION FOR REMAND**

THIS MATTER comes before the Court on Defendant's Unopposed Motion for Remand to Agency Pursuant to Sentence Four of 42 U.S.C. § 405(g). *Doc. 19*. Having reviewed the motion and being otherwise fully advised, the Court finds it is well-taken and should be GRANTED. The Court hereby REVERSES the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g), and REMANDS the case to the Commissioner for further administrative proceedings.[1] *See Shalala v. Schaefer*, 509 U.S. 292, 296–302 (1993).

GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**

[1] The Court will enter a separate judgment pursuant to Federal Rule of Civil Procedure 58.